UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD HACKERMAN,  :
    Appellant  :
      :
v.  :   CASE NO. 1:17-CV-395
      :
DONALD LINWOOD DEMEZA,  :
    Appellee  :

*O R D E R*

AND NOW, this 22nd day of August, 2017, in accord with the accompanying memorandum, it is ORDERED that:

(1) The bankruptcy court's February 21, 2017 order denying the motion to convert the case to Chapter 7 is AFFIRMED.

(2) The bankruptcy court's February 23, 2017 amended order confirming the Chapter 13 plan and overruling Hackerman's objection is VACATED.

(3) This case is REMANDED to the bankruptcy court for further proceedings consistent with the accompanying memorandum.

(4) The Clerk of Court is directed to CLOSE this case.

          /s/ William W. Caldwell
          William W. Caldwell
          United States District Judge